UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIS O. CABALLERO, an individual; and ADA B. CABALLERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCH BANK NATIONAL TRUST COMPANY, et al.,<br><br>Defendants. | Case No. EDCV 09-1769-VAP (CTx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Citi Residential Lending, Inc. and CR Title Services, Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 20, 2009

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIS O. CABALLERO, an individual; and ADA B. CABALLERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCH BANK NATIONAL TRUST COMPANY, et al.,<br><br>Defendants. | Case No. EDCV 09-1769-VAP (CTx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Citi Residential Lending, Inc. and CR Title Services, Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 20, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge