O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIS O. CABALLERO, an individual; and ADA B. CABALLERO, an individual, <br><br>  Plaintiff, <br><br> v. <br><br> DEUTSCH BANK NATIONAL TRUST COMPANY, et al., <br><br>  Defendants. | Case No. EDCV 09-1769-VAP (CTx) <br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Argent Mortgage Company LLC is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 23, 2009

VIRGINIA A. PHILLIPS
United States District Judge